# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| CHERI WILLIAMS, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 21-00307-CV-W-FJG |
| UNITED STATES OF AMERICA, | ) |
| Defendant(s). | ) |

\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

The Court finds in favor of the plaintiff, Cheri Williams, and against the defendant, United States of America. It is further

**ORDERED** that

The Court finds the pecuniary loss suffered by Plaintiff as a result of the death of Tony White to be as follows:

- Pecuniary loss based on Plaintiff's annual salary: **$898,441**;
- Medical bills in the amount of **$19,930**; and
- Funeral and burial expenses in the amount of **$10,340**;
- Total economic damages of **$928,771**.

**IT IS FURTHER ORDERED** that

The Court finds non-economic damages for the "reasonable value of the services, consortium, companionship, comfort, instruction, guidance, counsel, training and support" suffered by Plaintiff for the loss of her son, minor Tony White, to be: **$2,000,000**. Mo. Rev. Stat. § 537.090. It is further

**ORDERED** that

The Court finds the total damages awarded to Plaintiff under § 537.090 to be: **$2,928,771**. It is further

**ORDERED** that

Under Missouri law in a wrongful death action such as this one, the damages are reduced for the percentage of fault assigned to the decedent. However, the Court finds Defendant failed to prove based on a preponderance of the evidence that Tony White was negligent; therefore, no reduction is warranted.

| | |
|---|---|
|   September 5, 2023 |   Paige Wymore-Wynn |
| Date | Clerk |

Entered on   September 5, 2023       /s/ Christy Anderson
                                                                   (By) Deputy Clerk